UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

KEVIN LOWE,

       Plaintiff,                                      23-CV-1593 (JPC) (OTW)

       -v-                                         **ORDER**

U.S. DEPARTMENT OF JUSTICE,

       Defendant.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 19 and 20. Defendant is directed to file a letter **by Friday, October 27, 2023**, updating the Court on the status of EOUSA's processing of *pro se* Plaintiff's FOIA request.

Defendant is directed to serve copies of this Order on *pro se* Plaintiff and to file proof of service of the same on the docket.

**SO ORDERED.**

Dated: July 27, 2023
New York, New York

                                                        *s/ Ona T. Wang*
                                                        **Ona T. Wang**
                                        United States Magistrate Judge