UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KEVIN LOWE,

       Plaintiff,                                       23-CV-1593 (JPC) (OTW)

       -v-                                              **ORDER**

U.S. DEPARTMENT OF JUSTICE,

       Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 22. Defendant is directed to file a letter **by Friday, December 1, 2023**, updating the Court regarding the completion of the EOUSA's review of *pro se* Plaintiff's FOIA request. Following completion of this review, the parties are directed to meet and confer regarding any outstanding issues and file a joint status letter on the docket **by Friday, December 22, 2023**, regarding whether this case can be closed.

Defendant is directed to serve copies of this Order on *pro se* Plaintiff and to file proof of service of the same on the docket.

SO ORDERED.

*s/ Ona T. Wang*
Dated: October 30, 2023                                                   **Ona T. Wang**
      New York, New York                                 United States Magistrate Judge