**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

KEVIN LOWE,

      Plaintiff,

      -v-

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

-------------------------------------------------------------x

23-CV-1593 (JPC) (OTW)

**ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

    The Court is in receipt of ECF Nos. 39 and 40.

    The following briefing schedule will apply to the parties' motions for summary judgment:

- Defendant's opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment are due **Friday, October 18, 2024**.

- Plaintiff's opposition to Defendant's motion for summary judgment and reply on his motion for summary judgment are due **Monday, November 18, 2024**.

- Defendant's reply on its cross-motion for summary judgment is due **Wednesday December 4, 2024**.

    **SO ORDERED.**

Dated: September 12, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge