**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

KEVIN LOWE,

       Plaintiff,   23-CV-1593 (JPC) (OTW)

       -v-   **ORDER**

U.S. DEPARTMENT OF JUSTICE OFFICE OF
INFORMATION POLICY,

       Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In its cross-motion for partial summary judgment, the Government stated that, while preparing that motion, it discovered around 350 pages of additional responsive documents which it had not yet reviewed or disclosed and that it would file a supplemental motion for summary judgment regarding those additional records once production was complete. (ECF 49 at n.2). It has come to the Court's attention that the Government has not filed a supplemental motion for summary judgment on the remaining documents in the ten months since their cross-motion was filed in January 2025. *See* Docket. Plaintiff has also not raised this issue with the Court. *Id*. As a result, this matter has been delayed from proceeding to final judgment following Judge Cronan's September 29, 2025, adoption of my recommendation that he grant partial summary judgment to the Government. (ECF 69).

Accordingly, the parties are directed to file separate status letters on the docket no later than **December 1, 2025**. The Government shall report on the status of the remaining document production; Plaintiff shall inform the Court if he desires to continue this action.

The Government is directed to serve a copy of this Order on *pro se* Plaintiff at his last known address and file proof of such service on the docket by **November 21, 2025.**

**SO ORDERED.**

Dated: November 18, 2025
      New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge