**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

KEVIN LOWE,

        Plaintiff,

        -v-

U.S. DEPARTMENT OF JUSTICE OFFICE OF
INFORMATION POLICY,

          Defendant.

-------------------------------------------------------------x

23-CV-1593 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 72 and 73.

The parties are directed to meet and confer and file a joint status letter on the docket proposing a briefing schedule for summary judgment or an alternative resolution to the case by **December 15, 2025**.

The Government is directed to serve a copy of this Order on *pro se* Plaintiff at his last known address and file proof of such service on the docket by **December 5, 2025**.

        **SO ORDERED.**

*/s/ Ona T. Wang*

Dated: December 1, 2025        **Ona T. Wang**
      New York, New York      United States Magistrate Judge