**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

KEVIN LOWE,

      Plaintiff,

      -v-

U.S. DEPARTMENT OF JUSTICE OFFICE OF
INFORMATION POLICY,

        Defendant.

-------------------------------------------------------------x

23-CV-1593 (JPC) (OTW)

**ORDER**

      **ONA T. WANG, United States Magistrate Judge:**

      On December 1, 2025, the Government filed a letter on the docket informing the Court that it had provided Plaintiff with all remaining responsive documents to Plaintiff's Freedom of Information Act request, as well as a *Vaughn* index detailing any of those documents that were withheld or redacted. (ECF 74; *see* ECF 49 at 6 n.2).

      On December 15, the Government filed a second letter informing the Court that it met and conferred by email with Plaintiff on December 12. (*See* ECF 76). The Government represented in that letter that, during their meeting, Plaintiff stated that he did not intend to challenge the *Vaughn* index or the Government's production of any remaining documents. (*See* ECF 76). The Government then represents that it asked Plaintiff to stipulate to a dismissal of this action, however Plaintiff did not and, to date, has not responded to the Government's request. (*See* ECF 76). The parties have not filed a stipulation of discontinuance. (*See* Docket).

      Accordingly, Plaintiff is directed to file a response to the Government's December 15 letter, (ECF 76) on the Docket by **February 27, 2026**. **If Plaintiff does not respond by the**

2

**deadline, the Court will assume Plaintiff does not object to closing this case and will recommend that Judge Cronan enter a 30-day order closing the case.**

The Government is directed to serve a copy of this Order on *pro se* Plaintiff both at his last known address by first class mail and by email, and then to file proof of such service on the docket by **February 13, 2026.**

**SO ORDERED.**

/s/  Ona T. Wang

Dated: February 10, 2026                    **Ona T. Wang**
      New York, New York                    United States Magistrate Judge