UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
KEVIN LOWE,                                                :
                                                          :
                          Plaintiff,                      :
                                                          :           23 Civ. 1593 (JPC)
            -v-                                            :
                                                          :           ORDER
U.S. DEPARTMENT OF JUSTICE—OFFICE OF                      :
INFORMATION POLICY,                                       :
                                                          :
                          Defendant.                      :
                                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 31, 2026, Plaintiff filed a response to the Government's December 15, 2025 letter, Dkt. 76. *See* Dkt. 84. Plaintiff disputes the Government's statement that no issues remain outstanding, and he argues that there remains a genuine dispute with respect to the Santos interview. *Id.* Accordingly, the undersigned recommits the case to the Honorable Ona T. Wang to determine whether either party seeks to move for summary judgment, and if so, to set a briefing schedule and issue a report and recommendation.

       SO ORDERED.

Dated: April 15, 2026
       New York, New York                    _____
                                                     JOHN P. CRONAN
                                             United States District Judge