**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

KEVIN LOWE,

        Plaintiff,                                 23-CV-1593 (JPC) (OTW)

        -v-                                   **ORDER**

U.S. DEPARTMENT OF JUSTICE,

                Defendant.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, April 30, 2026 at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties are directed to submit a joint agenda by **April 28, 2026**. The parties' agenda should include, at a minimum:

- what, if any, discovery remains;
- a *Vaughn* index describing what, if any, documents Defendants have withheld in response to Mr. Lowe's FOIA request since January 17, 2025;
- a table listing each of the parties' remaining dispute(s), if any, and the parties respective positions for each; and
- a proposed briefing schedule for any anticipated summary judgment motions.

The Clerk of Court is respectfully directed to serve a copy of this Order on Plaintiff at his last known address.

        **SO ORDERED.**

                                      */s/ Ona T. Wang*
Dated: April 16, 2026                        **Ona T. Wang**
      New York, New York            United States Magistrate Judge