**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

KEVIN LOWE,

        Plaintiff,                                   23-CV-1593 (JPC) (OTW)

        -v-                                          **ORDER**

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court held a status conference in this matter on Thursday, April 30, 2026. As

discussed at the conference:

- Plaintiff's motion for summary judgment is due **May 15, 2026**
- Defendant's opposition is due **June 5, 2026**
- Plaintiff's reply is due **June 22, 2026**

      **SO ORDERED.**


                          */s/ Ona T. Wang*
Dated: April 30, 2026                               **Ona T. Wang**
      New York, New York                            United States Magistrate Judge