**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

KEVIN LOWE,

        Plaintiff,

        -v-

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

-------------------------------------------------------------x

23-CV-1593 (JPC) (OTW)

**ORDER**

       **ONA T. WANG, United States Magistrate Judge:**

       The Court has reviewed the Government's request to file a cross-motion for summary judgment, (ECF 90) and Plaintiff's opposition. (ECF 93). In his opposition, Plaintiff does not raise any new facts or cite any authority for why it would not be more efficient to resolve this matter on cross-motions for summary judgment. Accordingly, the Government's request is **GRANTED**.

       The parties shall submit their motions according to the following schedule:

- the Government's opposition to Plaintiff's motion and its cross motion are due by **June 15, 2026**;
- Plaintiff's reply in support of his motion and opposition to the Government's cross-motion are due by **July 13, 2026**; and
- the Government's reply in support of its cross-motion is due by **July 27, 2026**.

       The Government is directed to serve a copy of this Order on Plaintiff and file such proof of service by **June 10, 2026.**

       SO ORDERED.

_/s/ Ona T. Wang_____

Dated: June 8, 2026         **Ona T. Wang**
      New York, New York        United States Magistrate Judge